(114 So. 69)

### M. C. JACKSON v. STATE. (6 Div. 981.)

Supreme Court of Alabama. Oct. 13, 1927.

Certiorari to Court of Appeals.

Coleman D. Shepherd, of Jasper, for petitioner.

Charlie C. McCall, Atty. Gen., for the State.

SOMERVILLE, J. Petition of M. C. Jackson for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Jackson v. State, 114 So. 68.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.

---

(114 So. 74)

### Rhoda SULLIVAN and Albert Wilkerson v. STATE. (1 Div. 466.)

Supreme Court of Alabama. Oct. 13, 1927.

Certiorari to Court of Appeals.

McMillan & Grove, of Mobile, for petitioners.

Charlie C. McCall, Atty. Gen., for the State.

THOMAS, J. Petition of Rhoda Sullivan and Albert Wilkerson for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Sullivan et al. v. State, 114 So. 73.

Writ denied.

ANDERSON, C. J., and SOMERVILLE and BROWN, JJ., concur.